**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2404

LOUIS BONANNO, SR.,

                    Plaintiff - Appellant,

          v.

VIRGINIA LAND & IMPROVEMENT CORPORATION,

                    Defendant – Appellee,

          and

DON COOPER, V.P.; RICK NORMAN, G.M.,

                    Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:13-cv-00710-TSE-TRJ)

Submitted:  April 23, 2015          Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis Bonanno, Sr., Appellant Pro Se.  Paul Charles Miller, PAUL C. MILLER PLC, Annandale, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Bonanno, Sr., appeals the district court's order denying Bonanno's Fed. R. Civ. P. 60(b) post-judgment motions to reconsider the court's prior order dismissing his civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Bonanno's informal brief does not challenge the basis for the district court's disposition, Bonanno has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED